B2030 (Form 2030) (12/25)

# United States Bankruptcy Court
### Eastern District of New York

In re  **Speyside Holdings LLC**

_____
Debtor(s)

Case No. _____

Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **128,000.00** |
| Prior to the filing of this statement I have received | $ | **128,000.00** |
| Balance Due | $ | **0.00** |

2.  The source of the compensation paid to me was:

☐ Debtor    ☑ Other (specify):    **BCM Finance LLC**

3.  The source of compensation to be paid to me is:

☑ Debtor    ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm.
A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [List other services that counsel has agreed to provide]
    **All customary & usual representation of Chapter 11 Debtor**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **The retainer fee of $128,000.00 is for representation of the following seven entities/debtors:**
    **Speyside Holdings LLC, Speyside Holdings II LLC, CEM III LLC, SRG Horseblock IV LLC, SRG Horseblock II LLC,**
    **SGD Group Holdings II LLC & SGD Group Holdings III LLC.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____
*Date*

**Gary C. Fischoff**
*Signature of Attorney*
**BFSNG LAW GROUP, LLP**
**6851 Jericho Turnpike**
**Suite 250**
**Syosset, NY 11791**
**516-747-1136**
**gfischoff@bfslawfirm.com**
*Name of law firm*