UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                                                                   Chapter 11
                                                                                              Case No.: 26-70730
SPEYSIDE HOLDINGS LLC
d/b/a SPEYSIDE SAND & STONE                                   **NOTICE OF APPEARANCE**
                                                                                              **AND DEMAND FOR SERVICE**
                                                                                              **OF PAPERS AND OTHER**
                                                                                              **DOCUMENTS**

                Debtor

------------------------------------------------------------X

      **PLEASE TAKE NOTICE,** that BFSNG Law Group, LLP, by Heath S. Berger, Esq., hereby enters its appearance on behalf of the Debtor, Speyside Holdings, LLC, in the above-captioned action. Pursuant to §1109(b) of the Bankruptcy Code and Bankruptcy Rules 2002, 9007, and 9010, request is hereby made that all notices given or required to be given in this case and all pleadings and other papers filed in the above matter be directed to the following:

**BFSNG LAW GROUP, LLP**
**6851 JERICHO TURNPIKE, SUITE 250**
**SYOSSET, NEW YORK 11791**
**ATTN: HEATH S. BERGER, ESQ.**
**hberger@bfslawfirm.com**
**(516) 747-1136**

      **PLEASE TAKE FURTHER NOTICE**, that the foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes without limitations, all orders, notices, hearing dates, applications, motions, petitions, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of affairs, operating reports, plans of reorganization, and disclosure statements, whether formal or informal, whether written or

oral and whether transmitted or conveyed by mail, courier service, delivery, telephone, telegraph, telex, telefax or otherwise.

Dated: Syosset, New York
       February 23, 2026

                                    BFSNG LAW GROUP, LLP
                                    *Attorneys for Speyside Holdings LLC*
                                    6851 Jericho Turnpike, Suite 250
                                    Syosset, New York 11791
                                    (516) 747-1136

                                    */s/ Heath S. Berger*

                                    By: Heath S. Berger, Esq.