| Date | 1 Weekly Forecast 2/27/2026 | 2 Weekly Forecast 3/6/2026 |
|---|---|---|
| **Beginning Cash** | | |
| | | |
| **Cash Receipts** | | |
| Collections from Legacy Receivables | | |
| Material and Trucking | 50.0 | 65.0 |
| Unapplied Receipts/Misc receipts/Refunds | | |
| **Total Cash Receipts** | 50.0 | 65.0 |
| | | |
| **Cash Disbursements** | | |
| Labor | (30.0) | (30.0) |
| Union Benefits | | |
| [open] | | |
| Blasting | | |
| Trucking | | |
| Electric | (44.0) | |
| Equipment Rental/Expense | (3.2) | |
| Travel | (0.8) | (1.4) |
| Insurance: Health and Benefits | (7.8) | (4.5) |
| Insurance: Liability and Equipment | (41.4) | |
| Insurance: D&O | | |
| Repairs and Maintenance | (4.0) | (12.0) |
| Workers' Compensation | | |
| Office Phone, Computer, Internet, Supplies | (1.2) | (1.5) |
| Fuel, Grease, and Oil | (5.0) | (5.0) |
| Real property taxes / Corp taxes | | |
| Vehicle & Earth Moving Equip Expense | | |
| Engineering / Environmental | | |
| Legal and Accounting | (5.8) | |
| Miscellaneous | (0.8) | (1.4) |
| [open] | | |
| Vendor Catch up payments | | |
| **Total Disbursements** | (144.0) | (55.8) |
| | | |
| **Operating Cash Flow** | (94.0) | 9.2 |
| | | |
| **Payment Plans** | | |
| Reorganization Expenses | | |
| US Trustee Fees | | |
| [open] | | |
| **Total Payment Plans** | | |
| | | |
| **Total Non Operating Disbursements** | | |
| **Increase (Decrease) in Payables** | | |
| **Ending Book Cash** | | |