UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re:

| | |
|---|---|
| SPEYSIDE HOLDINGS LLC<br>d/b/a SPEYSIDE SAND & STONE,<br>SPEYSIDE HOLDINGS II LLC,<br>CEM III, LLC<br>SGD GROUP HOLDINGS II LLC,<br>SGD GROUP HOLDINGS III LLC,<br>SRG HORSEBLOCK II LLC, and<br>SRG HORSEBLOCK IV LLC,<br><br>Debtors. | Chapter 11<br><br>Case No. 26-70730-spg<br><br>(Jointly Administered) |

-------------------------------------------------------X

**AMENDED ORDER ESTABLISHING (I) SALE PROCEDURES FOR THE SALE OF THE DEBTOR'S INTERESTS IN CERTAIN REAL AND PERSONAL PROPERTY TO THE HIGHEST OR BEST OFFER, FREE AND CLEAR OF ALL LIENS, CLAIMS AND ENCUMBRANCES, AND (II) ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACT PROCEDURES**

Upon the motion [ECF No. 153] ("Motion")[1] dated June 3, 2026 of Speyside Holdings, LLC, debtor and debtor-in-possession (the "Debtor" and, together with the remaining above-captioned jointly administered debtors, the "Debtors") for entry of (1) an order pursuant to sections 105, 363 and 365 of title 11, United States Code (the "Bankruptcy Code") authorizing and approving the sale of the Debtor's interests in certain real and personal property to the highest or best offer or free and clear of all liens, claims and encumbrances and granting related relief, and waiver of stay under Rule 6004 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and (2) an order establishing sale procedures, including approval of stalking horse contract incentives and contract cure procedures; and upon the E.D.N.Y. LBR 9077-1 Affirmation of Gary C. Fischoff, Esq., filed on June 3, 2026 [ECF No. 154]; and the Order dated June 4, 2026

[1] Capitalized terms used but not otherwise defined herein shall have the meanings given to them in the Motion and Amended Bidding and Auction Procedures (as defined herein), as appropriate.

[ECF No. 155] scheduling the hearing on the Motion on an expedited basis; and Komatsu Financial Limited Partners having filed opposition to the Motion on June 11, 2026 [ECF No. 167]; and The Commissioner of Finance, Orange County, New York having filed opposition to the Motion on June 12, 2026 [ECF No. 170]; and Amalgamated Suncoast Portfolio, LLC, having filed written opposition to the Motion on June 11, 2026 [ECF No. 166] (collectively, the "Objecting Parties"); and the Court having held a hearing on June 15, 2026 on the Motion, the transcript of which is incorporated herein by reference; and the Debtors having appeared in support of the Motion by their attorneys BFSNG Law Group, LLP (Heath S. Berger, Esq. appearing), and Speylo Holdings, LLC having appeared in support of the Motion by its attorneys Christopher J. Giaimo, Esq. and Katie R. Catanese, Esq., and the Objecting Parties by their attorneys having appeared in opposition to the Motion, and the Office of the United States Trustee having appeared (Christine H. Black, Esq. appearing); and the Court having heard oral arguments; and after due consideration, the Court having entered the Order Establishing Sale Procedures for the Sale of the Debtor's Interests in Certain Real and Personal Property to the Highest or Best Offer or Free and Clear of All Liens, Claims and Encumbrances Including Approval of Stalking Horse Contract Incentives and Assumption and Assignment of Executory Contract Procedures (the "Bidding Procedures Order") on June 26, 2026 [ECF No. 179]; and the original purchaser having withdrawn; and the Debtors having filed the Amended Bidding and Auction Procedures (the "Amended Bidding and Auction Procedures") for the Court's approval [ECF No. 267] with the permission of and at the direction of the Court at a hearing held on October 22, 2026; and this matter coming before the Court on October 29, 2026, and the Debtors having appeared by their attorneys BFSNG Law Group, LLP (Gary C. Fiscoff, Esq. appearing) and Speylo Holdings, LLC having appeared by its attorneys Christopher J. Giaimo, Esq. and Katie R. Catanese, Esq.; and any objections to the Amended

Bidding and Auction Procedures having been resolved on the record or overruled; and for cause shown, it is hereby,

ORDERED that the Motion is granted as set forth herein; and it is further

ORDERED that the Amended Bidding and Auction Procedures annexed hereto as **Exhibit A** are approved and incorporated herein; and it is further

ORDERED that the Assumption and Assignment Procedures previously annexed as **Exhibit B** to the Bidding Procedures Order are approved and incorporated herein; and it is further

**ORDERED that pursuant to the *Stipulation and Agreed Order Clarifying Sale Order* entered on September 21, 2026 [ECF No. 226], the Long Island Properties (as defined therein) are excluded from the sale of assets authorized by this Order; and it is further**

ORDERED that the Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order; and it is further

ORDERED that if there is any inconsistency between the terms of the Motion, the Bidding Procedures Order, and this Order, inclusive of the Bidding and Auction Procedures, the Amended Bidding and Auction Procedures, and the Assumption and Assignment Procedures, the terms of this Order shall govern in all respects; and it is further

ORDERED, that the Sale Objection Deadline (as defined in the Amended Bidding and Auction Procedures) shall be **November 23, 2026 at 12:00 p.m. (ET)**, and the Sale Hearing (as defined in the Amended Bidding and Auction Procedures) shall be **November 24, 2026 at 1:00 p.m. (ET)** before the Honorable Sheryl P. Giugliano, United States Bankruptcy Judge, Courtroom 860, 290 Federal Plaza, Central Islip, New York 11722; and it is further

ORDERED, that on or before **November 2, 2026**, the Debtor shall serve copies of this Order, and Exhibit A upon counsel to the Lender, the Office of the U.S. Trustee, creditors of the

Debtors in these jointly administered chapter 11 cases, and all parties requesting notice in these cases, and file proof of service in compliance with this Order on or before **November 3, 2026**.

**Dated: Central Islip, New York**
**November 2, 2026**

Sheryl P. Giugliano
United States Bankruptcy Judge

# EXHIBIT A