# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−8 | User: admin | Date Created: 11/2/2026 |
| Case: 8−26−70730−spg | Form ID: pdf000 | Total: 3 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | USTPRegion02.LI.ECF@usdoj.gov |
| aty | Gary C Fischoff | gfischoff@bfslawfirm.com |
| aty | Heath S Berger | hberger@bfslawfirm.com |

TOTAL: 3